PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Jeremy Dale Wright</u>       Case Number: <u>1:10-00010-02</u>

Name of Judicial Officer: <u>The Honorable John T. Nixon, Senior U.S. District Judge</u>

Date of Original Sentence: <u>May 14, 2012</u>

Original Offense: <u>21 U.S.C. § 846, Conspiracy to Manufacture, Possess with Intent to Distribute, and Distribute 3, 4-MDMA (Ecstacy)</u>

Original Sentence: <u>45 months' custody and 4 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>       Date Supervision Commenced: <u>February 24, 2014</u>

Assistant U.S. Attorney: <u>Brent A. Hannafan</u>       Defense Attorney: <u>Edward M. Yarbrough</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>26</u> day of <u>June</u>, 2014, and made a part of the records in the above case.

_____
John T. Nixon
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place       Nashville, Tennessee

Date        June 25, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On April 10, 2014, Mr. Wright tested positive for marijuana.

| | |
|---|---|
| 2. | **The defendant shall participate in a program of drug testing and substance abuse treatment.** |

Mr. Collier failed to report for drug testing on June 3, 2014. He reported for testing on June 4, 2014, and tested negative for illegal drugs.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. Wright began supervised release on February 24, 2014. He is scheduled to terminate supervision on February 23, 2018.

As a result of the positive drug test, Mr. Wright was referred for a substance abuse assessment. Substance abuse treatment was recommended, and he has participated since that time.

Mr. has been employed with Sweetwater Pools since his start on supervised release.

## U.S. Probation Officer Recommendation:

It is respectfully requested that no action be taken by the Court at this time and that Mr. Wright be continued on supervised release.

The U. S. Attorney's Office has been notified and concurs with the above recommendation.

Approved by: _____
Vidette Putman
Supervisory U.S. Probation Officer